IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW DRISKEL,

      Plaintiff,                        No.  2:13-cv-0073 CKD P

   vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                <u>ORDER</u>

_____/

        By an order filed January 24, 2013, plaintiff was ordered to submit an affidavit in support of his request to proceed in forma pauperis or pay the appropriate filing fee within thirty days.  Plaintiff was cautioned that failure to comply would result in a recommendation that this action be dismissed.  (Dkt. No. 3.)  The thirty day period has now expired, and plaintiff has neither submitted an application to proceed in forma pauperis nor paid the appropriate filing fee.  The two documents plaintiff filed within that period do not appear to constitute attempts to comply with the order.  (Dkt. Nos. 5, 6.)  Plaintiff has consented to this court's jurisdiction.  (Dkt. No. 4.)

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

Dated: March 1, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
dris0073.fifp